**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Yongdi Chen,  Civ. No. 15-2188 (DSD/BRT)

      Petitioner,

v.  ORDER

Scott Banieke, Field Office
Director of ICE; Jeh Johnson,
Secretary of DHS; Sarah Saldana,
Director of ICE; and Mike Stasko,
Administrator of the Freeborn
County Adult Detention Center,

      Respondents.

Anne E. Carlson, Esq., and David L. Wilson, Esq., Wilson Law Group, counsel for Petitioner.

Ana H. Voss, Esq., and D. Gerald Wilhelm, Esq., United States Attorney's Office, counsel for Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated July 14, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and

proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Yongdi Chen's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  August 11, 2015.

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court